IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THOMAS E. CRAFT,**　　　　　　　　　　**CASE NO. 2:07-cv-0163**

　　**Petitioner,**　　　　　　　　　　　　**JUDGE FROST**
　　　　　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE ABEL**
**v.**

**ERNIE MOORE, Warden,**

　　**Respondent.**

## OPINION AND ORDER

On June 13, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as barred by the one year statute of limitations under 28 U.S.C. §2244(d). Although the Court explicitly advised the parties of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The Magistrate Judge's *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　/s/　Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　　　United States District Judge